# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2892

_____

Michael S. Griffis,                                    *
                                                       *
                  Appellant,                           *
                                                       *   Appeal from the United States
        v.                                             *   District Court for the Western
                                                       *   District of Arkansas.
Chuck Medford; Lt. Beth Reely;                         *
Jimmy Keeland; Michael Brown;                          *   [UNPUBLISHED]
Pete Moss; Jack Gentry; Mark Lotta;                    *
Dr. Theresa Farrow; Dr. Donald Clay;                   *
Shelia M. Howerton; Regina Fox                         *
Jeffrey, Personal Representative of                    *
the Estate of George Jeffrey,                          *
                                                       *
                  Appellees.                           *

_____

Submitted:  October 14, 2009
    Filed:  October 21, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Michael S. Griffis appeals the district court's[1] adverse grant of partial summary judgment in his 42 U.S.C. § 1983 action.[2] The claims disposed of in these rulings concerned Griffis's allegations of poor housing conditions and deficient medical care at the Carroll County Detention Center, where he spent almost three years as a pretrial detainee. Having found no merit to the issues Griffis raises on appeal, see Roe v. Crawford, 514 F.3d 789, 793 (8th Cir.) (standard of review), cert. denied, 129 S. Ct. 109 (2008), we affirm, see 8th Cir. R. 47B.

———————————————————

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

[2]The remaining claims, concerning lockdown and a restraint chair, were disposed of (in his favor) following a hearing. This ruling is not at issue on appeal.